IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LASHON SALES,** | 2:18-cv-03606-RGK-GJS |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT** |
| **v.** | Date: December 30, 2019<br>Time: 9:00 a.m.<br>Courtroom: 850 |
| **DEBBIE ASUNCION,** | Judge: The Honorable R. Gary Klausner |
| Defendants. | Trial Date: 2/11/2020<br>Action Filed: 4/27/2018 |

Defendant Asuncion's motion for summary judgment came before this Court for hearing on December 30, 2019. The court has considered the papers submitted in favor of and opposed to the motion, has reviewed the authorities cited by the parties, has reviewed the record in the case submitted and cited by the parties, and has considered the arguments of both parties.

After considering the moving and opposing papers, and all other matters presented, this Court grants Defendant's motion for summary judgment, and orders entry of judgment.

///

///

1

1    IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be

2  entered in favor of Defendant Asuncion, and against Plaintiff Sales, who shall take

3  nothing by way of this action.

4

5  Dated: __January 20, 2020_____    _____

6                                         R. Gary Klausner
                                          United States District Judge
7

8  SF2018400956
   91187934.docx
9